UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-24887-MC-SEITZ/TURNOFF

In re Application of Hornbeam Corporation,

    Applicant,

Ex Parte Request for Discovery Pursuant to
28 U.S.C. § 1782
_____/

### ORDER CLOSING CASE

    THIS MATTER is before the Court *sua sponte*. Upon review of the record, it appears that all issues have been resolved in this case. Therefore, it is

    ORDERED THAT

    This case is **CLOSED**.

    DONE AND ORDERED in Miami, Florida, this 26th day of May, 2015.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Honorable William C. Turnoff
       All Counsel of Record