UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-MC-24887-PAS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

### INTERVENORS HALLIWEL AND SYMEOU'S NOTICE OF SETTING OF ORAL ARGUMENT BEFORE THE ELEVENTH CIRCUIT IN RELATED CASE

Intervenors Halliwel Assets, Inc. ("Halliwel") and Panikos Symeou ("Symeou") inform this Court that, on April 11, 2016, the Eleventh Circuit Court of Appeal gave notice that it tentatively has reset oral argument in the appeal of the related case styled *Halliwell Assets, Inc., et al v. Bracha Foundation*, Case No., 15-14913 ("the Related Case"), for the week of July 11, 2016. The Intervenors Halliwel and Symeou will continue to keep this Court informed of any decisions or relevant orders rendered by the Eleventh Circuit Court of Appeal in the Related Case.

Dated: April 11, 2016

Respectfully submitted,

**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**
*Attorneys for Halliwel Assets, Inc. and Panikos Symeou*
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Tel.: (305)372-8282

*/s/ Edward M. Mullins*
Edward M. Mullins
Fla. Bar No. 863920
Email: emullins@astidavis.com
Arnoldo B. Lacayo
Fla. Bar No. 675482
Email: alacayo@astidavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system with the Clerk of the Court, which sent email notification of such filing to all CM/ECF participants in this case listed on the Service List on April 11, 2016.

> *s/Edward M. Mullins*
> Edward M. Mullins
> Florida Bar No. 863920

## SERVICE LIST

Adolfo E. Jiménez
Brian A. Briz
Holland & Knight
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500
Facsimile: 305-789-7799
Email: adolfo.jimenez@hklaw.com
Email: brian.briz@hklaw.com

James H. Power
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3494
Facsimile: (212) 385-9010
Email: james.power@hklaw.com