UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT TO
28 U.S.C. § 1782

No. 14-24887-MC-SEITZ/TURNOFF

**INTERVENORS PANIKOS SYMEOU AND HALLIWEL ASSETS, INC.'S**
*UNOPPOSED* **MOTION FOR LEAVE TO FILE UNDER SEAL**
**CONFIDENTIAL STATEMENT OF CLAIM**

Panikos Symeou and Halliwel Assets, Inc. ("Respondents"), pursuant to S.D.Fla. L.R. 5.4, hereby files this Motion for Leave to File Under Seal Confidential Statement of Claim. Respondents state the following in support of this Motion:

Respondents did not learn of these proceedings until the English statement of claim was filed under seal by Applicants in Alabama and New York proceedings on or about May 30, 2017. Applicants are filing the statement of claim under seal in this Court because it is not yet a publically available document in England. Accordingly, Respondents respectfully requests that the Court grant it leave to file confidential Statement of Claim under seal.

Respondents respectfully request that the Statement of Claim remain under seal through and past the final resolution of this matter, including during any period of appeal taken by any party to this case, or until such time as the Statement of Claim is made publically available, except as otherwise ordered by this Court or required by law.

A proposed order granting this motion is attached hereto as **Exhibit A**.

WHEREFORE, Panikos Symeou and Halliwel Assets, Inc. respectfully request this Court to enter an Order authorizing the filing under seal of the confidential Statement of Claim.

1

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Counsel for Panikos Symeou and Halliwel Assets, Inc. conferred with opposing counsel regarding the relief requested herein, and opposing counsel has agreed to and does not oppose the Motion.

Dated:  June 30, 2017              Respectfully submitted,

*/s/ Sujey S. Herrera*
Edward M. Mullins, emullins@reedsmith.com
Florida Bar No. 863920
Sujey S. Herrera, sherrera@reedsmith.com
Florida Bar No. 92445
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Tel: (786) 747-0200; Fax: (786) 747-0299

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2017,  I filed a true and correct copy of the above and foregoing document with the Clerk of Court by using the CM/ECF e-filing system, which will send a notice of electronic filing to all counsel of record via electronic mail.

*/s/ Sujey S. Herrera*
Sujey S. Herrera