# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT TO
28 U.S.C. § 1782

No. 14-24887-MC-SEITZ/TURNOFF

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 5, 2017, the undersigned served copies of **Intervenors Panikos Symeou and Halliwel Assets, Inc.'s Motion for Leave to File Under Seal Confidential Statement of Claim**, with the **Sealed Document**, in the above-captioned matter, to be served via Certified U.S. Mail Certified on those parties in the attached Certificate of Service, a copy of which is attached hereto.

Dated: July 5, 2017

Respectfully submitted,

*/s/ Sujey S. Herrera*
Edward M. Mullins, emullins@reedsmith.com
Florida Bar No. 863920
Sujey S. Herrera, sherrera@reedsmith.com
Florida Bar No. 92445
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Tel: (786) 747-0200; Fax: (786) 747-0299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2017, I filed a true and correct copy of the above and foregoing document with the Clerk of Court by using the CM/ECF e-filing system, which will send a notice of electronic filing to all counsel of record via electronic mail.

*/s/ Sujey S. Herrera*
Sujey S. Herrera

- 2 -

**CERTIFICATE OF SERVICE**

Brian A. Briz
Adolfo Enrique Jimenez
Holland & Knight LLP
Suite 3000
701 Brickell Avenue
Miami, FL 33131
305-789-7723
305-789-7799 (fax)
brian.briz@hklaw.com
adolfo.jimenez@hklaw.com

James Power
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
212-513-3200
james.power@hklaw.com

*Counsel for Panama*

Jorge David Guttman
William King Hill
GUNSTER
600 Brickell Avenue
Suite 3500
Miami, FL 33131
305-376-6054
305-376-6010 (fax)
jguttman@gunster.com
whill@gunster.com

*Counsel for Respondents*

David B Massey
John F. O'Sullivan
Jason David Sternberg
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
350-459-6678
305-459-6550 (fax)
david.massey@hoganlovells.com
john.osullivan@hoganlovells.com
jason.sternberg@hoganlovells.com

David R. Michaeli
Dennis H. Tracey, III
Hogan Lovells, US, LLP
1875 Third Avenue
New York, NY 10022
212-918-3000
David.Michaeli@hoganlovells.com
dennis.tracey@hoganlovells.com

*Counsel for Bracha Foundation and Hornbeam Corporation*

Thomas Sullivan
Marks & Sokolov, LLC
1835 Market Street
Philadelphia, PA 19103
215-569-8901
tsullivan@mslegal.com

*Co-Counsel for Halliwell Assets, Inc. and Panikos Symeou*