# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE APPLICATION OF<br>HORNBEAM CORPORATION<br><br>REQUEST FOR DISCOVERY PURSUANT TO<br>28 U.S.C. § 1782 | No. 14-24887-CV-SEITZ/TURNOFF |

### VADIM SHULMAN'S UNOPPOSED MOTION FOR LEAVE TO SEAL THE ORIGINAL VERSIONS OF HIS REPLY IN SUPPORT OF INTERVENTION AND THE REPLY DECLARATION OF BRIAN DOCTOR

Applicants Hornbeam Corporation, Bracha Foundation and proposed Intervenor Vadim Shulman ("**Applicants**"), by and through counsel, respectfully file this unopposed motion for an Order sealing the original versions of (1) Shulman's Reply in Support of his Motion for Intervention and to Proceed with Discovery [ECF 99] and (2) the Reply Declaration of Brian Doctor QC [ECF 99-1], and in support thereof, states as follows:

On August 2, 2017, Shulman filed his reply brief in support of his June 30, 2017 motion to intervene in this action [ECF 99]. Shulman attached to his filing a reply declaration on certain matters of English Law from Brian Doctor QC, an English barrister and Queen's Counsel. On August 4, 2017, representatives from Mr. Bogolyubov, one of the respondents in Shulman's English Action, contacted Shulman's English counsel asserting that Shulman's Florida submission contained certain information from the English Action that, according to Bogolyubov, should not be used in this action. Shulman disputes that his filings contained any improper information, but offered to file substitute versions of his reply brief and Mr. Doctor's expert declaration, and to request that the original versions of these documents be sealed, to moot

the issue. Mr. Bogolyubov's counsel responded that they would like Mr. Shulman to take these steps, and counsel for intervenors Panikos Symeou and Halliwel Assets, Inc. agreed.

The purpose of sealing the original versions of documents 99 and 99-1 is to preserve the confidentiality of the information at issue, which relates to Mr. Bogolyubov's filings in the English court, and to prevent the original versions of those documents from remaining publicly available. No party will be adversely affected by the requested sealing, as Mr. Shulman has already filed substitute versions of documents 99 and 99-1 that do not contain the information Mr. Bogolyubov contends should remain confidential.

WHEREFORE, Applicants respectfully request that the Court enter an Order sealing the original documents filed as documents 99 and 99-1.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned hereby confirms that they conferred with counsel for the Symeou Parties, who stated that they consent to Shulman's request for relief.

Respectfully submitted this 15th day of August, 2017.

HOGAN LOVELLS US LLP

/s/ David B. Massey
David B. Massey
600 Brickell Avenue, Suite 2700
Miami, FL  33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
david.massey@hoganlovells.com


Dennis H. Tracey, III
David R. Michaeli
875 Third Avenue
New York, NY  10022
Telephone:  (212) 918-3000
dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com
*Admitted Pro Hac Vice*

*Attorneys for Applicant Hornbeam Corporation, Intervenor Bracha Foundation, and Proposed Intervenor Vadim Shulman*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2017, I served a true and correct copy of this document on all counsel of record via electronic filing through the Court's ECF system.

/s/ David B. Massey