UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-24887-CV-SEITZ/TURNOFF

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY
PURSUANT TO 28 U.S.C. 1782

_____/

## ORDER

**THIS CAUSE** is before the Court upon Hornbeam Corporation ("Hornbeam") and Bracha Foundation's ("Bracha's") Renewed Motion to Lift Stay of Proceedings and Report on Case Status **(ECF No. 75)**, Vadim Shulman's Motion to Intervene and Proceed with Discovery **(ECF No. 79)**, Subpoena Respondents' Motion to Join Response in Opposition to Hornbeam and Bracha's Renewed Motion to Lift Stay **(ECF No. 80)**, Respondents' Joinder in Intervenors Panikos Symeou ("Symeou's") and Halliwel Assets, Inc.'s ("Halliwel's") Reply in Support of Cross Motion to Continue Stay and Intervenors' to Vadim Shulman's ("Shulman's") Motion to Intervene **(ECF No. 94)**, Hornbeam, Bracha and Shulman's Motion for Leave to File a Sur-Reply or Alternatively to Strike the Symeou Parties' Expert Declaration **(ECF No. 97)**, Intervenors-Respondents' Symeou and Halliwel's Motion for Leave to File a Sur-Reply to Shulman's Motion to Intervene **(ECF No. 101)**, and an Order of Referral entered by the Honorable Patricia A. Seitz. **(ECF No. 85)**. A hearing took place before the undersigned on Tuesday, August 15, 2017.

Upon review of the Motions, the Responses, the Replies, the joinder arguments, hearing argument from counsel, and being otherwise duly advised in the premises, it is hereby **ORDERED**

AND ADJUDGED as follows.

Hornbeam and Bracha's Renewed Motion to Lift Stay of Proceedings and Report on Case Status **(ECF No. 75)** is **GRANTED**. Shulman's Motion to Intervene and Proceed with Discovery **(ECF No. 79)** is **GRANTED**. Subpoena Respondents' Motion to Join Response in Opposition to Hornbeam and Bracha's Renewed Motion to Lift Stay **(ECF No. 80)** is **GRANTED** to the extent that the Court considered the arguments, and acknowledged the Subpoena Respondents' agreement with Symeou and Halliwel's request for a continued stay. The Motion is otherwise **DENIED** · Respondents' Joinder in Intervenors Symeou and Halliwel's Reply in Support of Cross Motion to Continue Stay and Intervenors' Symeou and Halliwel's Opposition to Shulman's Motion to Intervene **(ECF No. 94)** – which was styled as a Motion, is **DEEMED MOOT** in light of the rulings above.

It is **FURTHER ORDERED AND ADJUDGED** that Hornbeam, Bracha and Shulman's Motion for Leave to File a Sur-Reply or Alternatively to Strike the Symeou Parties' Expert Declaration **(ECF No. 97)** and Intervenors-Respondents' Symeou and Halliwel's Motion for Leave to File a Sur-Reply to Shulman's Motion to Intervene **(ECF No. 101)** are likewise **DEEMED MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of August 2017.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Patricia A. Seitz
    Counsel of Record