**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT TO
28 U.S.C. § 1782

Case No. 14-24887-MC-SEITZ/TURNOFF

**INTERVENORS PANIKOS SYMEOU, HALLIWEL ASSETS, INC., AND IGOR KOLOMOISKY'S MOTION FOR LEAVE TO FILE UNDER SEAL APPENDIX "A"**

Panikos Symeou, Halliwel Assets, Inc., and Igor Kolomoisky ("Respondents"), pursuant to S.D.Fla. L.R. 5.4, hereby file this Motion for Leave to File Under Seal Appendix "A" to Symeou and Halliwel's Motion to Vacate the Court's order dated February 11, 2015, granting Hornbeam's 28 U.S.C. § 1782 Application and Kolomoisky's Response in Opposition to Vadim Shulman's 28 U.S.C. § 1782 Application.. Respondents state the following in support of this Motion:

Intervenors are filing Appendix "A" under seal in this Court because it is quotes language from the sealed exhibit recorded as ECF 78. Accordingly, Respondents respectfully request that the Court grant it leave to file Appendix "A" under seal.

Respondents respectfully request that Appendix "A" remain under seal through and past the final resolution of this matter, including during any period of appeal taken by any party to this case, except as otherwise ordered by this Court or required by law.

A proposed order granting this motion is attached hereto as **Exhibit A**.

WHEREFORE, Respondents respectfully request this Court to enter an Order authorizing the filing under seal of Appendix "A".

1

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Respondents attempted to confer with opposing counsel regarding the relief requested herein, but as of filing of this Motion had not received confirmation from counsel as to the relief requested herein.

Dated:  October 13, 2017          Respectfully submitted,

>  */s/ Sujey S. Herrera*
>  Edward M. Mullins, emullins@reedsmith.com
>  Florida Bar No. 863920
>  Sujey S. Herrera, sherrera@reedsmith.com
>  Florida Bar No. 92445
>  **REED SMITH LLP**
>  1001 Brickell Bay Drive, Suite 900
>  Miami, Florida 33131
>  Tel: (786) 747-0200; Fax: (786) 747-0299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2017,  I filed a true and correct copy of the above and foregoing document with the Clerk of Court by using the CM/ECF e-filing system, which will send a notice of electronic filing to all counsel of record via electronic mail.

>  */s/ Sujey S. Herrera*
>  Sujey S. Herrera