**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT TO
28 U.S.C. § 1782

No. 14-24887-MC-SEITZ/LOUIS

**INTERVENORS PANIKOS SYMEOU'S, HALLIWEL ASSETS, INC.'S, AND
IGOR KOLOMOISKY'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the June 8, 2018 Order, Intervenors Panikos Symeou, Halliwel Assets, Inc., and Igor Kolomoisky (collectively, "Intervenors") disclose the following persons, associated persons, firms, partnerships, or corporations that may have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities, related to the parties:

1. Hornbeam Corp. – party in the present case and named as claimant in future BVI proceedings.;

2. Vadim Shulman – party in the present case, claimant in the English Action, and alleged beneficiary of Hornbeam Corp.;

3. Bracha Foundation – alleged beneficiary of Hornbeam Corp.;

4. Panikos Symeou – party in the present case, shareholder of Halliwel Assets Inc. on behalf of Igor Kolomoisky, and named as defendant in future BVI proceedings;

5. Halliwel Assets Inc. – party in the present case and named as defendant in future BVI proceedings;

6. Warren Steel Holdings Ltd. – a wholly owned subsidiary of Halliwel Assets Inc.;

7. Igor Kolomoisky – party in the present case, defendant in the English action, and beneficial owner of the Halliwel shares held by Panikos Symeou;

8. Marigold Trust Company Limited – shareholder of Halliwel Assets Inc. and named as defendant in future BVI proceedings;

9. Gennady Bogolyubov – defendant in the English action; and

10. The following persons have been named as subpoena recipients (collectively, the "Subpoena Recipients") in the 2015 Order granting Hornbeam's Application:
    a. Mordechai Korf
    b. Felman Trading Inc.
    c. Felman Production LLC
    d. Optima International of Miami, Inc.
    e. Optima Fixed Income LLC
    f. Optima Industrial Management, LLC
    g. Georgia American Alloys Inc.
    h. Optima Specialty Steel, Inc.
    i. Optima Ventures LLC
    j. Optima Acquisitions LLC
    k. Optima Group, LLC
    l. Optima Highland LLC
    m. 5251 36st LLC
    n. CC Metals & Alloys LLC
    o. Felman Production Inc.

Intervenors do not know the shareholders of Hornbeam Corp. and Bracha Foundation. Upon information and belief, Gennady Bogolubov and/or his family are beneficiaries of Marigold Trust Company Limited. Upon information and belief, no publicly traded company has an interest in Marigold Trust. No publicly held corporation owns 10% or more of Halliwel Assets Inc.'s stock. The Subpoena Recipients are represented by separate counsel and providing their own disclosure.

Dated:  June 15, 2018

Respectfully submitted,

REED SMITH LLP
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Tel.: (786) 747-0200
Fax.: (786) 747-0299


*/s/ Sujey S. Herrera*
Edward M. Mullins
Fla. Bar No. 863920
Email: emullins@reedsmith.com
Sujey Herrera
Fla. Bar No. 92445
Email: sherrera@reedsmith.com

MARKS & SOKOLOV, LLC
1835 Market Street, 17th Floor
Philadelphia, PA 19103
Tel: (215) 569-8901

*/s/ Bruce Marks*
Bruce Marks
Email: marks@mslegal.com
Thomas Sullivan
Email: tsullivan@mslegal.com

*Attorneys for Panikos Symeou, Halliwell Assets, Inc., and Igor Kolomoisky*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system with the Clerk of the Court, which sent email notification of such filing to all CM/ECF participants in this case on June 15, 2018.

*/s/ Sujey S. Herrera*
Sujey S. Herrera