UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-24887-MC-SEITZ/LOUIS

IN RE APPLICATION OF HORNBEAM CORPORATION,

Applicant,

Request for Discovery Pursuant to
28 U.S.C. § 1782

_____/

### ORDER

THIS MATTER is before the Court on a hearing on the parties' joint discovery plan [DE 215] and the Intervenors' Motion to Stay [DE 217]. At the hearing, the parties agreed to meet and confer to determine the most efficient way to complete document discovery by August 1, 2018. Counsel for Hornbeam has also filed a copy of the power of attorney given by Hornbeam to Shulman to ensure that the liquidator is authorized to wind-up Hornbeam's affairs. [DE 222]. Because the parties have agreed to meet and confer in good faith to complete discovery, the Court finds it unnecessary to delay this matter further. Fed. R. Civ. P. 1. Therefore, it is

ORDERED THAT

(1) Intervenors' Motion to Stay [DE 217] is **DENIED.**

(2) By **July 13, 2018**, the parties are to file a joint agreement to consent to Magistrate Judge Louis conducting all proceedings in this case, including the entry of orders.

(3) The parties shall contact Magistrate Judge Louis's chambers to provide a joint date and time for a status conference the week of July 23, 2018.

DONE AND ORDERED in Miami, Florida, this 12th day of July, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record