UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE APPLICATION OF<br>HORNBEAM CORPORATION<br><br>REQUEST FOR DISCOVERY PURSUANT TO<br>28 U.S.C. § 1782 | No. 14-24887-CV-SEITZ/LOUIS |

## NOTICE OF APPEAL

Halliwel Assets, Inc. ("Halliwel") and Panikos Symeou ("Symeou") (collectively, "Intervenors"), and CC Metals and Alloys, LLC, Felman Production, LLC, Felman Trading, Inc., Georgian American Alloys, Inc., Mordechai Korf, Optima Acquisitions, LLC, Optima Group, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and 5251 36ST, LLC (collectively, "Subpoena Respondents") give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the Omnibus Order on Discovery Disputes (denying a motion to quash a subpoena issued pursuant to 28 U.S.C. §1782) entered on September 21, 2018 (ECF 267),[1] and the Order Denying Intervenors' Objections to the Magistrate Judge's January 22, 2018 Order and Renewed Motion to Vacate the February 12, 2015 Order entered on June 25, 2018 (ECF 209),[2] including all rulings and orders related thereto. This

---

[1] The Parties filed a Notice, Consent and Reference of this Civil Action to Magistrate Judge Lauren Louis (ECF 226). Pursuant to Rule 1 of the Magistrate Judge Rules of the Southern District of Florida, the District Court Judge ordered that the case be referred to Magistrate Judge Louis for all further proceedings. (ECF 234). Thus, final orders entered by the Magistrate Judge are subject to appeal to the Court of Appeal.

[2] Intervenors previously appealed the Order Denying Intervenors' Objections to the Magistrate Judge's January 22, 2018 Order and Renewed Motion to Vacate the February 12, 2015 Order entered on June 25, 2018. *See* ECF 225. That appeal is currently before the Eleventh Circuit under case number 18-12990. Due to certain jurisdictional questions raised by the Eleventh Circuit in its August 3, 2018 direction concerning the finality of the June 25, 2018 Order and, in an

specifically includes the Order Granting Hornbeam Corporation's *Ex Parte* Application for Discovery Pursuant to 28 U.S.C. § 1782, which the Court entered on February 12, 2015 (ECF 12); the Magistrate Judge's Order Denying Intervenors' Motion To Vacate *Ex Parte* Order Granting Hornbeam Corporation's 28 U.S.C. § 1782 Application, which the Court entered on January 22, 2018 (ECF 153); and Order Denying Intervenors' Motion for Reconsideration of the June 25, 2018 Order, which the court entered on July 6, 2018 (ECF 214).

Respectfully submitted this 26th day of September, 2018

| | |
|---|---|
| GUNSTER<br>5251 36 ST, LLC<br>600 Brickell Avenue, Suite 3500<br>Miami, Florida 33131<br>Telephone: (305) 376-6000<br>Facsimile:  (305) 376-6010<br><br>*/s/ Jorge D. Guttman*<br>William K. Hill, Esq.<br>Florida Bar No. 747180<br>whill@gunster.com<br>Jorge D. Guttman, Esq.<br>Florida Bar No. 015319<br>jguttman@gunster.com<br>Joshua A. Levine, Esq.<br>Florida Bar No. 106072<br>jlevine@gunster.com<br><br>*Attorneys for Subpoena Respondents*<br>*Counsel for CC Metals and Alloys, LLC;*<br>*Felman Production, LLC;*<br>*Felman Trading, Inc.;*<br>*Georgian American Alloys, Inc.;* | REED SMITH LLP<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, Florida 33131<br>Tel.: (786) 747-0200<br><br>*/s/ Sujey S. Herrera*<br>Edward M. Mullins<br>Fla. Bar No. 863920<br>Email: emullins@reedsmith.com<br>Sujey Herrera<br>Fla. Bar No. 92445<br>Email: sherrera@reedsmith.com<br><br>MARKS & SOKOLOV, LLC<br>1835 Market Street, 17th Floor<br>Philadelphia, PA 19103<br>Tel: (215) 569-8901<br><br>/s/ Bruce Marks<br>Bruce Marks<br>Email: marks@mslegal.com<br>Thomas Sullivan<br>Email: tsullivan@mslegal.com |

---

abundance of caution, Appellants file this Notice of Appeal.  There can be no dispute that orders denying motions to quash subpoenas issued pursuant to 28 U.S.C. §1782, like the September 25, 2018 Order, are final and appealable. *See Furstenberg Fin. SAS v. Litai Assets LLC*, 877 F.3d 1031, 1033 (11th Cir. 2017) ("an order denying a motion to quash a subpoena is a final, appealable order in proceedings brought under § 1782"); *Fuhr v. Credit Suisse AG*, 687 Fed. Appx. 810, 814-15 (11th Cir. 2017) (order denying motion to quash §1782 subpoena is final and immediately appealable).  Appellants intend to move to consolidate the appeals and request a unified briefing schedule.

- 3 -

*Mordechai Korf;*  Attorneys for Intervenors Panikos Symeou
*Optima Acquisitions, LLC;*  and Halliwel Assets, Inc.
*Optima Group, LLC;*
*Optima Fixed Income, LLC;*
*Optima Ventures, LLC;*
*Optima International of Miami, Inc.; and*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system with the Clerk of the Court, which sent email notification of such filing to all CM/ECF participants in this case on September 26, 2018.

*/s/ Sujey S. Herrera*
Sujey S. Herrera