UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24887-LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION,

Request for Discovery Pursuant to
28 U.S.C. § 1782
_____/

**ORDER AMENDING STIPULATED PROTECTIVE ORDER (ECF NO. 224)**

This cause is before the Court *sua sponte*. On July 12, 2018, the Court entered the Stipulated Protective Order (ECF No. 224). Upon consideration, the Court hereby **AMENDS** the Stipulated Protective Order as follows:

1. Section 6(f), which currently states that "Certifications will be produced to and kept on file by the Court, and the non-disclosing Party may make an application to have the Certifications produced for good cause" is stricken, in its entirety.

2. The "Certification," described as "Exhibit A" at Section 6(a), was not attached to the Stipulated Protective Order, nor was any such "Certification" advanced by the Parties. Accordingly, attached hereto as Exhibit A is the Certification, which counsel for any Party who discloses or has disclosed Confidential Information shall cause to have executed by the receiving person, pursuant to and in compliance with Section 6(a) and (b).

3. All other sections of the Stipulated Protective Order shall remain unchanged as entered.

It is further **ORDERED** that email communications with chambers by the Parties and/or their counsel is prohibited. All applications for relief, including for hearings, shall be filed and docketed.

**DONE AND ORDERED** in chambers in Miami, Florida, on October 24, 2018.

                                                            LAUREN LOUIS
                                                            UNITED STATES MAGISTRATE JUDGE