UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24887-LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION,

Request for Discovery Pursuant to
28 U.S.C. § 1782

_____/

## ORDER DIRECTING CLERK TO FILE UNDER SEAL *EX PARTE* EMAIL COMMUNICATION RECEIVED PURSUANT TO STIPULATED PROTECTIVE ORDER (ECF NO. 224)

This cause is before the Court *sua sponte*. It is hereby **ORDERED AND ADJUDGED** that the Clerk of the Court shall file under seal the *ex parte* email communication, produced to the Court pursuant to Section 6(f) of the Stipulated Protective Order (ECF No. 224).

**DONE AND ORDERED** in chambers in Miami, Florida, on October 25, 2018.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   Sealing Clerk
      All counsel of record

1