UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24887-MC-SEITZ/LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782

---

**APPLICANT HORNBEAM CORPORATION'S MOTION TO FILE DEPOSITION TRANSCRIPTS UNDER SEAL**

Applicant Hornbeam Corporation ("Hornbeam"), by undersigned counsel and pursuant to S.D. Fla. Rule 5.4(b)(1), submits this Motion to File Under Seal and, in support, states:

1. Hornbeam seeks an order permitting it to file under seal the October 23, 2018, October 24, 2018, and October 25, 2018 deposition transcripts of CC Metals and Alloys, LLC, Felman Production, LLC, Felman Trading, Inc., Georgian American Alloys, Inc., Mordechai Korf, Optima Acquisitions, LLC, Optima Group, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and 5251 36ST, LLC ("Subpoena Respondents")[1], which are to be attached as exhibits to Applicant Hornbeam Corporation's Motion to Remove the Attorneys' Eyes Only Designation from the Transcripts of the Depositions of Subpoena Respondents (to be filed on November 30, 2018 pursuant to the Court's Paperless Order of November 9, 2018 (ECF No. 295)).

2. Hornbeam seeks to file the deposition transcripts under seal pursuant to the language in the Stipulated Protective Order which states that: "In the event that a party wishes to

---

[1] The depositions of Felman Production, LLC, Felman Trading, Inc., CC Metals and Alloys, LLC, Optima Group, LLC, and Georgian American Alloys, Inc. were held on October 23, 2018.  The depositions of 5251 36ST, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and Optima Acquisitions, LLC were held on October 24, 2018.  The deposition of Mordechai Korf in his personal capacity was held on October 25, 2018.

use information designated as Confidential or Attorneys' Eyes Only in any document in a Permitted Litigation, such party shall apply to the court for permission to file a document containing information as Confidential or Attorneys' Eyes Only under seal, or by the foreign equivalent of non-public filing, and shall comply with the relevant rules concerning the filing of sealed or non-public documents, unless otherwise directed by the court." ECF No. 224.

3. While Hornbeam is contesting the amount of material designated as Attorneys' Eyes Only by Subpoena Respondents, Hornbeam requests that the deposition transcripts be maintained under seal pursuant to the Stipulated Protective Order until the court decides this motion, at which time the court, in consultation with the parties, can set a seal termination date if appropriate. There is no less restrictive measure available to protect these interests and the degree, duration, and manner of confidentiality sought is no broader than necessary to protect these interests.

4. We have consulted with counsel for the Subpoena Respondents, Mr. Guttman, and lead counsel for Panikos Symeou and Halliwel Assets Ltd. ("Intervenors"), Mr. Marks, and they agree with the relief requested in this motion.

WHEREFORE, Hornbeam respectfully requests that the court enter an order, directing the clerk of court to file under seal the October 23, 2018, October 24, 2018, and October 25, 2018 deposition transcripts, to be attached as exhibits to Applicant Hornbeam Corporation's Motion to Remove the Attorneys' Eyes Only Designation from the Transcripts of the Depositions of the Subpoena Respondents, and entering any further relief this court deems just and proper.

Date: November 29, 2018        Respectfully submitted

Moscowitz & Moscowitz, P.A.
*Attorneys for Applicant Hornbeam, Intervenor Vadim Shulman, Intervenor Bracha Foundation*
201 Alhambra Circle, Suite 1200
Coral Gables, FL  33134
Telephone:  (305) 379-8300
Facsimile:  (305) 379-4404

By: */s/ Jane Moscowitz*
Jane Moscowitz
Florida Bar No. 586498
jmoscowitz@moscowitz.com

Carol Elder Bruce *[admitted pro hac vice]*
cbruce@mmlawus.com
MURPHY & MCGONIGLE
Robert P. Howard, Jr. *[admitted pro hac vice]*
rhoward@mmlawus.com
Alexandra Marinzel *[admitted pro hac vice]*
alexandra.marinzel@mmlawus.com
1001 G Street, N.W. Seventh Floor
Washington, DC 20001
Telephone: (202) 220-1924

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jane Moscowitz*
Jane W. Moscowitz

## CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1

I HEREBY CERTIFY that Carol Elder Bruce, counsel for Applicant Hornbeam Corporation, met and conferred with Bruce Marks, counsel for Intervenors, and Jorge Guttman, counsel for Subpoena Respondents, regarding the substance and relief sought by this Motion, and all parties are in agreement with the relief sought.

                                  By:    /s/ *Carol Elder Bruce*
                                                 Carol Bruce