UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24887-MC-SEITZ/ LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

**SUBPOENA RESPONDENTS'** *UNOPPOSED* **MOTION
TO FILE COMPOSITE EXHIBIT UNDER SEAL**

Subpoena Respondents, CC Metals and Alloys, LLC, Felman Production, LLC, Felman Trading, Inc., Georgian American Alloys, Inc., Mordechai Korf, Optima Acquisitions, LLC, Optima Group, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and 5251 36ST, LLC ("Subpoena Respondents"), pursuant to the Stipulated Protective Order [DE 224] and Southern District of Florida Local Rule 5.4(a)-(b), move unopposed for entry of an order permitting Subpoena Respondents to file **Composite Exhibit A** to Subpoena Respondents' and Intervenors' Consolidated Motion for Entry of an Order Requiring Hornbeam Corporation to Provide Subpoena Respondents Certifications of Recipients of Confidential Information and for an Order Setting a Final Discovery Cutoff Date of December 18, 2018 ("Consolidated Motion") under seal and in support thereof state:

**MEMORANDUM**

1. On July 12, 2018, the Court entered the Stipulated Protective Order. *See* [DE 224]. The Stipulated Protective Order provides that Subpoena Respondents may designate documents as "Attorneys' Eyes Only" ("AEO") or "Confidential Information." *Id.* at 2-5. The Stipulated Protective Order further provides that if a party wishes to use information designated

as AEO or Confidential Information in this proceeding, the party "shall apply to the Court for permission to file a document containing information designated as Confidential or Attorneys' Eyes Only under seal . . . and shall comply with the relevant rules concerning the filing of sealed or non-public documents, unless otherwise directed by the Court." *Id*. at 7-8.  Under this Court's Local Rules, a party who wishes to file a document under seal must file a motion to file under seal. Southern District of Florida Local Rule 5.4(b).

2. Consistent with the terms of the Stipulated Protective Order, all depositions are designated as "Confidential Information," and select parts as "AEO."

3. Composite Exhibit A to the Consolidated Motion contains excerpts of deposition transcripts of depositions that took place on March 23, March 24, and March 25, 2018, in order present the Court relevant information regarding discussions between counsel for Hornbeam Corporation ("Hornbeam") and the undersigned on the issue of "Certifications" (as defined in the Consolidated Motion and this Court's Order, dated October 24, 2018 [DE 286]).

4. Accordingly, Subpoena Respondents respectfully request that this Court allow Subpoena Respondents to file Composite Exhibit A under seal.

5. Prior to filing this Motion, counsel for Subpoena Respondents consulted with counsel for Hornbeam, counsel for Panikos Symeou and Halliwel Assets, Inc. ("Intervenors"), and counsel for Specialty Steel Works Incorporated f/k/a Optima Specialty Steel, Inc. regarding the filing of this motion and is authorized to represent that all the above-referenced counsel do not object to relief sought herein.

## **CONCLUSION**

Good cause having been shown, the Court should grant Subpoena Respondents' request to file under seal Composite Exhibit A to the Consolidated Motion.  The sealed Composite Exhibit should remain under seal until the conclusion of this action, including any appeals, at

which time the Court should return it to the undersigned counsel. Subpoena Respondents submit the attached order as a proposed form.

### CERTIFICATE OF CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1

I HEREBY CERTIFY that on November 29, 2018, the undersigned conferred with counsel for Hornbeam, counsel for Intervenors, and counsel for Specialty Steel Works Incorporated f/k/a Optima Specialty Steel, Inc., regarding the substance and relief sought by this motion in a good-faith attempt at resolving the issues raised herein, and all the above-referenced counsel represented that they do not oppose to the relief requested herein.

Respectfully submitted,

**GUNSTER**
*Attorneys for Respondents*
*Counsel for CC Metals and Alloys, LLC;*
*Felman Production, LLC;*
*Felman Trading, Inc.;*
*Georgian American Alloys, Inc.;*
*Mordechai Korf;*
*Optima Acquisitions, LLC;*
*Optima Group, LLC;*
*Optima Fixed Income, LLC;*
*Optima Ventures, LLC;*
*Optima International of Miami, Inc.; and*
*5251 36ST, LLC*
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile:  (305) 376-6010

By:   */s/ Jorge D. Guttman*
William K. Hill, Esq.
Florida Bar No. 747180
whill@gunster.com
Jorge D. Guttman, Esq.
Florida Bar No. 015319
jguttman@gunster.com
Joshua A. Levine, Esq.
Florida Bar No. 106072
jlevine@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Joshua A. Levine*
Joshua A. Levine

**SERVICE LIST**

Edward Maurice Mullins
emullins@reedsmith.com
Sujey Scarlett Herrera
sherrera@reedsmith.com
REED SMITH LLP
*Counsel for Intervenors, Halliwel Assets, Inc., Panikos Symeou, AND Igor Kolomoisky*
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131-2847
Tel:  (786) 747-0200
Fax:  (786) 747-0299


Thomas Sullivan *[admitted pro hac vice]*
Tsullivan@mslegal.com
Bruce Marks *[admitted pro hac vice]*
marks@mslegal.com
MARKS & SOKOLOV, LLC
*Counsel for Intervenors, Igor Kolomoisky, Halliwel Assts, Inc., Panikos Symeou, Warren Steel Holdings, LLC, and Gennadiy Bogolyubov*
1835 Market Street, 17th Floor
Philadelphia, PA  19103
Tel:  (215) 569-8901
Fax:  (215) 569-8912


Andrew R. Kruppa, Esq.
Florida Bar No. 63958
Andrew.kruppa@squirepb.com
Squire Patton Boggs (US) LLP
*Counsel for Respondent, Specialty Steel Works Incorporated*
*f/k/a Optima Specialty Steel, Inc.*
200 South Biscayne Blvd., Suite 4700
Miami, FL  33131
Tel:  (305) 577-7712

Carol Elder Bruce *[admitted pro hac vice]*
cbruce@mmlawus.com
MURPHY & MCGONIGLE
Robert P. Howard, Jr. *[admitted pro hac vice]*
rhoward@mmlawus.com
Alexandra Marinzel *[admitted pro hac vice]*
alexandra.marinzel@mmlawus.com
*Counsel for Applicant Hornbeam Corp. and Intervenors Bracha Foundation and Vadim Shulman*
1001 G Street, N.W.
Seventh Floor
Washington, DC 20001
Tel: (202) 220-1924


James K. Goldfarb *[admitted pro hac vice]*
jgoldfarb@mmlawus.com
MURPHY & MCGONIGLE
1185 Avenue of the Americas, 21st Fl
New York, NY 10036
Tel: (212) 880-3961


Jane Wollner Moscowitz
jmoscowitz@moscowitz.com
MOSCOWITZ & MOSCOWITZ, P.A.
201 Alhambra Circle
Suite 1200
Coral Gables, FL 33134
Tel: 305-379-6700