UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24887-MC- LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

### ORDER GRANTING MOTIONS TO FILE UNDER SEAL

This cause comes before the Court on Subpoena Respondents', CC Metals and Alloys, LLC, Felman Production, LLC, Felman Trading, Inc., Georgian American Alloys, Inc., Mordechai Korf, Optima Acquisitions, LLC, Optima Group, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and 5251 36ST, LLC's ("Subpoena Respondents") Unopposed Motion to File Composite Exhibit Under Seal (301); and Applicant Hornbeam Corporation's Motion to Seal (ECF No. 300).

Both motions are unopposed and represent that the subject materials are required for the resolution of their respective motions, anticipated for filing today. Accordingly it is herby **ORDERED and ADJUDGED** that both Motions are **GRANTED**.

It is further **ORDERED** that the sealed exhibits shall remain under seal for one year, until November 30, 2019.

**DONE AND ORDERED** in Chambers this 30th day of November, 2018, in the Southern District of Florida.

_____
The Honorable Lauren F. Louis
United States Magistrate Judge

Copies furnished:
All counsel of record