UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24887-MC-LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

## ORDER AMENDING STIPULATED PROTECTIVE ORDER

This cause comes before the Court on Halliwel Assets, Inc. and Panikos Symeou's Agreed Motion to Modify the Stipulated Protective Order (ECF No. 288). On July 12, 2018, the Court entered the Stipulated Protective Order (ECF No. 224). On October 24, 2018, the Court amended the Stipulated Protective Order *sua sponte* (ECF No. 286). The present motion to amend is unopposed. Upon consideration of the agreed motion, the Court hereby **AMENDS** the Stipulated Protective Order as follows:

1. Section 1(d) shall be amended to include the following underlined language:

    "Party" and "Parties" shall mean Hornbeam, Vadim Shulman for the purposes of this Stipulated Protective Order, Intervenors (separately or collectively), and Subpoena Respondents (separately or collectively), provided, however, Specialty Steel Works, Inc. (f/k/a Optima Specialty Steel, Inc.) shall not be entitled access to confidential and attorney's eyes only information, which it did not produce, or access deposition transcripts of other deponents, other than such information or portions of deposition transcripts that concern, refer, or relate to Optima Specialty Steel, Inc., its subsidiaries or affiliates, and/or their officers, directors, and employees concerning the business of Optima Specialty Steel, Inc.

2. All other sections of the Stipulated Protective Order shall remain unchanged as entered. *See* ECF Nos. 224, 286).

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2019.

_____
The Honorable Lauren F. Louis
United States Magistrate Judge