UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24887-MC-LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782

_____/

## ORDER

This cause comes before the Court on Subpoena Respondents'[1] Motion for Entry of an Order Requiring Hornbeam Corporation to Provide Subpoena Respondents Certifications of Confidential Information (ECF No. 305).[2] The Court held a hearing on this Motion on May 6, 2019, at which the Parties agreed that the Stipulated Protective Order (ECF No. 224; amended at ECF Nos. 286, 318) be amended to require presentation to the Court executed Certifications and provide a method for those submissions. Accordingly, the Court hereby **AMENDS** the Stipulated Protective Order as follows:

1.  Section 6 shall be amended to add the following:

    f. Certifications shall be filed under seal contemporaneously with execution, and the non-disclosing Party may make an application to have the Certifications produced upon a showing of good cause.

---

[1] Mordechai Korf, Felman Trading Inc., Felman Production LLC, Optima International of Miami, Inc., Optima Fixed Income LLC, Optima Industrial Management, LLC, Georgia American Alloys Inc., Optima Specialty Steel, Inc. (now known as Specialty Steel Works, Inc.), Optima Ventures LLC, Optima Acquisitions LLC, Optima Group, LLC, Optima Highland LLC, 5251 36st LLC, CC Metals & Alloys LLC, and Felman Production Inc.

[2] The Motion was filed as a Consolidated Motion consisting of two separate motions: (1) the present Motion, filed by the Subpoena Respondents; and (2) a Motion for an Order Setting a Final Discovery Cutoff Date of December 18, 2018, filed by Intervenors Panikos Symeou and Halliwel Assets, Inc. On December 27, 2018, Intervenors filed a Notice of Withdrawal of their specific Motion from the Consolidated Motion (ECF No. 313). Thus, the only dispute remaining in ECF No. 305 is the Subpoena Respondents' Motion.

2. All other sections of the Stipulated Protective Order shall remain unchanged as entered. *See* ECF Nos. 224, 286, 318).

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May, 2019.

The Honorable Lauren F. Louis
United States Magistrate Judge