UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24887-MC-SEITZ/LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

## NOTICE OF FILING

Intervenors Panikos Symeou and Halliwel Assets, Inc., in further support of their response memorandum in opposition to the Hornbeam Parties' Motion to Extend the Deadline to Destroy Discovery Materials, ECF 337, under the Stipulated Protective Order, ECF 224, as amended by Orders ECF No. 286, 318 and 325 ("SPO"), and, *inter alia,* requesting the Court to order the Hornbeam Parties to make the disclosures, destruction, and certifications pertaining to the Responsive Materials, submits the additional, conclusive evidence that Hornbeam Corporation does *not* intend to file new proceedings in the BVI and that the Hornbeam Parties intend to continue to violate the Stipulated Protective Order.

Attached please find a verified complaint filed by Vadim Shulman and Bracha Foundation in Delaware Chancery Court on August 23, 2019. The complaint is based on the *same* allegations against, *inter alia,* the *same* defendants, Panikos Symeou and Halliwel Assets, Inc., and seeking the *same* damages which Hornbeam Corporation repeatedly promised to this Court that it would file in the BVI since December 2014.

Notably, sole Applicant Hornbeam Corporation is not a plaintiff, which is consistent with the fact that Hornbeam completed its dissolution and cannot file new actions under Panama law.

Dated: August 29, 2019

Respectfully submitted,

**REED SMITH LLP**
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Tel.: (786) 747-0200
Fax: (786) 747-0299

*/s/ Sujey S. Herrera*
Edward M. Mullins, Esq.
Fla. Bar No. 863920
Email: emullins@reedsmith.com
Sujey Herrera, Esq.
Fla. Bar No. 92445
Email: sherrera@reedsmith.com

**MARKS & SOKOLOV, LLC**
1835 Market Street, 17th Floor
Philadelphia, PA 19103
Tel: (215) 569-8901

*/s/ Bruce Marks*
Bruce Marks, Esq.
Email: marks@mslegal.com
Thomas Sullivan, Esq.
Email: tsullivan@mslegal.com

*Attorneys for Panikos Symeou and Halliwel Assets Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system with the Clerk of the Court, which sent email notification of such filing to all CM/ECF participants in this case listed on the Service List on August 29, 2019

*/s/ Sujey S. Herrera*
Sujey S. Herrera, Esq.