UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-24887-MC-SEITZ/LOUIS

IN RE APPLICATION OF
HORNBEAM CORPORATION

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

**HONRBEAM CORPORATION'S,
VADIM SHULMAN'S, AND BRACHA FOUNDATION'S
RESPONSE TO SUBPOENA RESPONDENTS' MOTION
TO COMPEL COMPLIANCE ON ORDER TO SHIFT COSTS**

Applicant, Hornbeam Corporation ("Hornbeam"), and Intervenors Vadim Shulman ("Shulman") and Bracha Foundation ("Bracha") (collectively, "Applicants"), respond to the Motion to Compel Compliance on Order to Shift Costs ("Motion") (Doc. 369) filed by CC Metals and Alloys, LLC, Felman Production, LLC, Felman Trading, Inc., Georgian American Alloys, Inc., Mordechai Korf, Optima Acquisitions, LLC, Optima Group, LLC, Optima Fixed Income, LLC, Optima Ventures, LLC, Optima International of Miami, Inc., and 5251 36ST, LLC (collectively, "Subpoena Respondents"), and state:

1. Applicants do not dispute that fees in the amount of $16,283.51 are due and owing to Subpoena Respondents as set forth in the Order issued by this Court on September 27, 2019. (Doc. 344.)  Applicants' United States coordinating counsel, John Sten, has recently left the law firm of Pierce Atwood LLP on April 27, 2020 to the law firm of Armstrong Teasdale, LLP, and the funds with which to pay the Subpoena Respondents are being transferred from one firm's trust account to the other.  Applicants reasonably expect the funds to be transferred between law firms

and available within fourteen (14) days, but given the oft unpredictable impact of the COVID-19 pandemic, Applicants hesitate to give an exact date of transfer as it may not be possible.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to all counsel of record.

*s/ Tucker H. Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Secondary Email: JAdams@ByrdCampbell.com
*Attorneys for Applicants*